# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 16-23668M |
| | Citizenship: MEXICO |
| Gabriel Cuen-Buitimea | |

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
COUNT 1: On or about April 16, 2016, at or near Nogales, Arizona, in the District of Arizona, Gabriel CUEN-Buitimea, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on April 16, 2013, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326. COUNT 2: That on or about April 5, 2016, at or near Nogales, Arizona, in the District of Arizona, Gabriel CUEN-Buitimea, an alien, did unlawfully enter the United States of America from the United States of Mexico, at a time and place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325.

   Gabriel CUEN-Buitimea is a citizen of Mexico. On April 16, 2013, Gabriel CUEN-Buitimea was lawfully denied admission, excluded, deported, and removed from the United States through Nogales, Arizona. On April 16, 2016, agents found Gabriel CUEN-Buitimea in the United States at or near Nogales, Arizona. Gabriel CUEN-Buitimea did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States. Gabriel CUEN-Buitimea, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Gabriel CUEN-Buitimea admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on April 5, 2016, at or near Nogales, Arizona.

File Date: 04/18/2016

at Tucson, Arizona

*/s/ Miguel Vera*

Miguel Vera, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 04/18/2016

*/s/ Leslie A. Bowman*

**Leslie A. Bowman
United States Magistrate Judge**

FBI Number: 396377PC4

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

United States of America                                              CASE: 16-23668M

vs.

Gabriel Cuen-Buitimea

**JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)**

The Defendant, Gabriel Cuen-Buitimea, was represented by counsel, Saul Huerta (CJA).

The defendant pled guilty to Ct(s) 2 of the Complaint on 04/18/2016. Accordingly, Ct(s) 1 of the Complaint is dismissed and the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 04/05/2016 |

As pronounced on 04/18/2016, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of SEVENTY-FIVE (75) DAYS WITH CREDIT FOR TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Monday, April 18, 2016.

*Leslie A. Bowman*

Leslie A. Bowman
United States Magistrate Judge

Arresting Agency: TCA
FBI Number: 396377PC4

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF ARIZONA - TUCSON** | **MAGISTRATE JUDGE'S MINUTES** |

Date: 04/18/2016          Case Number: 16-23668M

USA vs. **Gabriel Cuen-Buitimea**
U.S. MAGISTRATE JUDGE: LESLIE A. BOWMAN     Judge AO Code: 70BX
ASSIGNED U.S. Attorney: Christopher Lewis
INTERPRETER REQ'D: Yvette Citizen, Spanish
Attorney for Defendant: Saul Huerta (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be **Same**
[X] Petty Offense    [X] Date of Arrest: **04/16/2016**
[X] Arr/Plea of Guilty entered as to Ct(s) 2 OF THE COMPLAINT [X] Ct(s) 1 OF THE COMPLAINT to be dismissed upon entry of judgment.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**SEVENTY-FIVE (75) DAYS WITH CREDIT FOR TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Pursuant to the plea agreement, there being no objection by the deft/atty for the defendant IT IS ORDERED that the Complaint/Ct(s) 1 be dismissed.
[X] Defendant advised of appeal rights.
[X] Waiver of right to appeal explained.

OTHER:     Saul Huerta (CJA) is appointed as attorney of record for defendant.

| | |
|---|---|
| Recorded by Courtsmart | COP: 1 |
| BY: Rose Chavez | Sent: 0 |
| Deputy Clerk | IA: 0 |
| Start: 1:31 Stop: 3:01 | |